# CASES

IN THE

# SUPREME COURT OF ALABAMA

NOVEMBER TERM 1910-1911

## Walker *v.* The State.

*Robbery.*

(Decided Feb. 2, 1911.   54 South. 624.)

*Appeal and Error; Review; Injury.*—A conviction by a jury selected from a special venire drawn under the local laws 1907, p. 238, is illegal.   And as it cannot be said that such trial is without injury within section 6264, Code 1907, the judgment will be reversed.

(Simpson, McClellan and Somerville, JJ., dissent.).

APPEAL from Jefferson Criminal Court.

Heard before Hon. S. L. WEAVER.

Albert Walker and others were convicted of robbery and they appeal.   Reversed and remanded.

ANDRESS & ROACH, for appellant.   No brief reached the Reporter.

ALEXANDER M. GARBER, Attorney General, for the State.

SIMPSON, J.—The appellants were convicted of the crime of robbery, and the record shows that 50 jurors were drawn for the special venire, from which the jury that tried defendants was selected, under the special act of February 26, 1907, which has been by this court held to be unconstitutional.—*Crain v. State*, 166 Ala. 1, 52 South. 31, 33.

1—171.

The writer is of the opinion that section 6264 of the Code of 1907, has received too narrow a construction, and that, in this case, since the defendants merely had a large number to select from, and obtained a jury with which they were satisfied, the court should say that it is satisfied that no injury has resulted to the defendants; the limitation of the number on the venire being rather a matter of economy than an expression of the idea that a defendant could select a more satisfactory jury out of 25 men than out of 50. Justices McCLELLAN and SOMERVILLE agree with the writer, but the majority of the court hold that the case just cited is sound law.

It results that the jury which convicted the defendants was unauthorized by law, and the conviction and sentence were illegal.

The judgment of the court is reversed, and the cause remanded.

DOWDELL, C. J., and MAYFIELD, ANDERSON, and SAYRE, JJ., concur. SIMPSON, McCLELLAN, and SOMERVILLE, JJ., dissent.